UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Annamarie D. Riethmiller

                    v.
                                              Case No. 12-cv-363-PB

US Electoral College, et al



                          O R D E R


     No objection having been filed, I herewith approve the Report

and Recommendation of Magistrate Judge Landya B. McCafferty dated

December 12, 2012.  "'[O]nly those issues fairly raised by the

objections to the magistrate's report are subject to review in the

district court and those not preserved by such objection are

precluded on appeal.'"   School Union No. 37 v. United Nat'l Ins. Co.,

617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of

Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));   see also

United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after

proper notice, failure to file a specific objection to magistrate's

report will waive the right to appeal).



        SO ORDERED.

                                  /s/ Paul Barbadoro
                                  Paul Barbadoro
                                  United States District Judge

Date: February 4, 2013

cc:  Annamarie Riethmiller, Pro se